OCTOBER 27, 1969

No. ——. PROVIDENCE & WORCESTER RAILROAD CO., NOW PROVIDENCE & WORCESTER CO. *v.* UNITED STATES ET AL. D. C. S. D. N. Y. Motion of Providence & Worcester Railroad Co., now known as Providence & Worcester Co., for an extension of time to docket its appeal from the judgment of the United States District Court for the Southern District of New York entered on the 28th day of April 1969 granted, and the time for docketing said appeal extended to the date when appeals from the decree by said court dated September 11, 1969, are required to be docketed or, if no appeal is noted, until December 15, 1969. *Harold I. Meyerson* on the motion.

No. ——. MOSKOWITZ *v.* POWER ET AL. Ct. App. N. Y. Application for temporary restraining order presented to MR. JUSTICE HARLAN, and by him referred to the Court, denied. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel Hirshowitz,* First Assistant Attorney General, and *Philip Kahaner* and *Robert S. Hammer,* Assistant Attorneys General, for respondents Power et al., and *Joseph Slavin* and *Eugene Victor* for respondent Lerner, in opposition.

No. ——. GROVE PRESS, INC. *v.* BROCKETT ET AL. D. C. E. D. Wash. Application for temporary stay presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Stanley Fleishman* and *Edward de Grazia* for applicant.

No. 71. GUTKNECHT *v.* UNITED STATES. C. A. 8th Cir. [Certiorari granted, 394 U. S. 997.] Motion of Michael E. Tigar for leave to argue *pro hac vice* granted. *Melvin L. Wulf* on the motion.